**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2012 DEC 26 P 1:26

In the Matter of the Application
for a Search Warrant for
Computer servers at Google,
an e-mail provider located
at 1600 Amphitheatre Parkway,
Mountain View, CA 94043

1:12-mj-110-02-DL

UNDER SEAL - LEVEL I

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking to precludie Google from notifying any person of the existence of the Search Warrant pertaining the e-mail accounts **wangsangpi@gmail.com** and **hieungopi@gmail.com**. finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of, or tampering with, evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Google shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

December 21, 2012

_____
Daniel J. Lynch
United States magistrate Judge